ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SUSAN L. SMITH, CSBN 253808
Special Assistant United States Attorney
　　　Social Security Administration
　　　333 Market Street, Suite 1500
　　　San Francisco, California 94105
　　　Telephone: (415) 977-8973
　　　Facsimile: (415) 744-0134
　　　E-Mail: Susan.L.Smith@ssa.gov

Attorneys for Defendant,
　　　Commissioner of Social Security

JS - 6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| JOSE A. VILLEGAS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CV 09-8991- DTB <br><br> [~~PROPOSED~~] JUDGMENT OF REMAND |

The Court having approved the parties' stipulation to remand this case pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with that stipulation and for entry of judgment for Plaintiff, judgment is hereby entered for Plaintiff.

DATED: October 13, 2010　　　　_____

　　　　　　　　　　　　　　　HON. DAVID T. BRISTOW
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE